[No. 23782-6-III.  Division Three.  August 22, 2006.]

THOMAS IBSEN ET AL., *Appellants*, v. FRED KUHLMAN ET AL., *Defendants*, NIK QAFOKU ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-2-02713-5, Vic L. VanderSchoor, J., entered January 20, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 24071-1-III.  Division Three.  August 22, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE LYNETTE BAECHLER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01555-7, Craig J. Matheson, J., entered April 15, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kato, JJ.

[No. 24183-1-III.  Division Three.  August 22, 2006.]

ANN STEADMAN, *Individually and as Personal Representative, Appellant*, v. OKANOGAN COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 03-2-00202-7, John Hotchkiss, J., entered May 5, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 24209-9-III.  Division Three.  August 22, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY STONE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-01056-5, Dennis D. Yule, J., entered May 27, 2005. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kato, J.